No. 500.  REPETTI, INC. *v.* WALLACE & COMPANY.    October 18, 1920.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Harry D. Nims* for petitioner.  *Mr. Frank Chase Somes* and *Mr. Hugo Mock* for respondent.

No. 501.  CHARLEY TOY ET AL. *v.* UNITED STATES.    October 18, 1920.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Frank Hendrick* for petitioners.  *Mr. Assistant Attorney General Stewart* and *Mr. W. C. Herron* for the United States.

No. 503.  TIBURCIO VALVERDE *v.* UNITED STATES.    October 18, 1920.  Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied.  *Mr. Howard Boyd* and *Mr. James M. Sheridan* for petitioner.  *The Solicitor General* for the United States.

No. 504.  ROY C. MEGARGEL ET AL., ETC. *v.* HERMAN B. GATES ET AL.    October 18, 1920.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Bertram F. Shipman* for petitioners.  *Mr. Henry Wollman* and *Mr. J. DuPratt White* for respondents.